**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action No. 5:26-CV-00041-MEO-DCK**

| | |
|---|---|
| **VICTORIA JOLLY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SHERIFF DONALD G. BROWN II, in his individual and official capacities as Sheriff of Catawba County; AARON TURK, in his individual and official capacities; BRIAN KELLY, in his individual and official capacities; THAD SCRONCE, in his individual and official capacities; MIKE HOYLE, in his individual and official capacities; and JOHN DOE SURETY,**<br><br>**Defendants.** | **DEFENDANT BRIAN KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant Brian Kelly, by and through undersigned counsel and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully moves this Court for judgment on the pleadings as to all claims asserted against him in Plaintiff's Complaint. As set forth more fully in the accompanying Memorandum of Law, Plaintiff has failed to plead facts sufficient to state a plausible claim for relief against Defendant Kelly in either his individual or official capacity, and Defendant Kelly is therefore entitled to judgment as a matter of law. Defendant Kelly's Memorandum of Law in Support of his Motion for Judgment on the Pleadings is filed contemporaneously herewith.

**This the 26th day of May, 2026.**

**HEDRICK GARDNER KINCHELOE & GARFALO LLP**

**By: /s/ John L. Wright**
**JOHN L. WRIGHT**
**N.C. State Bar. No. 45554**

**DANIELLE K. KAMINSKI**
**N.C. State Bar No. 63679**
**4201 Congress St., Suite 300**
**Charlotte, NC 28209**
**Direct (John): 704-319-5436**
**Direct (Danielle): 704-731-2040**
**jwright@hedrickgardner.com**
**dkaminski@hedrickgardner.com**
***Attorneys for Defendant Brian Kelly***

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**This the 26th day of May, 2026.**

**HEDRICK GARDNER KINCHELOE & GARFALO LLP**

**By: /s/ John L. Wright**
**JOHN L. WRIGHT**