IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No. 5:26-CV-00041-MEO-DCK

| | |
|---|---|
| **VICTORIA JOLLY,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **SHERIFF DONALD G. BROWN II,** | ) |
| **in his individual and official capacities** | ) |
| **as Sheriff of Catawba County;** | ) |
| **AARON TURK,** | ) |
| **in his individual and official capacities;** | ) |
| **BRIAN KELLY,** | ) |
| **in his individual and official capacities;** | ) |
| **THAD SCRONCE,** | ) |
| **in his individual and official capacities;** | ) |
| **MIKE HOYLE,** | ) |
| **in his individual and official capacities;** | ) |
| **and JOHN DOE SURETY,** | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT BRIAN KELLY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Victoria Jolly, by and through undersigned counsel, respectfully responds in opposition to Defendant Brian Kelly's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). For the reasons set forth in Plaintiff's accompanying memorandum of law, the motion should be denied.

At the pleadings stage, the Court must accept Plaintiff's well-pleaded factual allegations as true and draw all reasonable inferences in Plaintiff's favor. Defendant Kelly's motion improperly asks the Court to isolate selected allegations, disregard the Complaint's incorporated allegations concerning Defendant Kelly's command-level role

and participation in Plaintiff's discipline, treatment, and separation, and resolve fact-intensive questions concerning protected speech, causation, personal involvement, stigma-plus liability, procedural due process, and qualified immunity before discovery.

Plaintiff's Complaint plausibly alleges that Defendant Kelly was a command-level officer with supervisory authority who received Plaintiff's report of sexual and inappropriate misconduct by Deputy Kyle Lawrence, responded in a manner that discouraged ordinary accountability, and participated in decisions and actions relevant to Plaintiff's discipline, treatment, and separation. The Complaint further alleges that, after Plaintiff reported misconduct involving a sworn officer and abuse of authority within a law-enforcement agency, Defendants escalated scrutiny and discipline, subjected Plaintiff to coercive internal-affairs procedures, forced her separation, and caused stigmatizing credibility accusations to be recorded and published without a meaningful name-clearing process.

Those allegations state plausible claims against Defendant Kelly for First Amendment retaliation and Fourteenth Amendment deprivation of Plaintiff's liberty interest and procedural due process rights. At a minimum, they foreclose judgment on the pleadings.

**WHEREFORE**, Plaintiff respectfully requests that the Court deny Defendant Brian Kelly's Motion for Judgment on the Pleadings, award Plaintiff such relief as is just and proper, and grant any further relief the Court deems appropriate.

Respectfully submitted, this 9th day of June, 2026.

**ADKINS LAW, PLLC**
By: /s/ C. Christopher Adkins
C. Christopher Adkins
N.C. Bar No. 46950
9620 Sherrill Estates Road
Huntersville, North Carolina 28078
Phone: (704) 274-5677
Fax: (877) 208-7577
chris@huntersvillelawyer.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 9th day of June, 2026.

By: /s/ C. Christopher Adkins
C. Christopher Adkins