**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

Civil Action No. 5:26-CV-00041-MEO-DCK

| | | |
|---|---|---|
| **VICTORIA JOLLY,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT RULE 26 REPORT** |
| | ) | |
| **SHERIFF DONALD G. BROWN II,** | ) | |
| **in his individual and official capacities** | ) | |
| **as Sheriff of Catawba County;** | ) | |
| **AARON TURK,** | ) | |
| **in his individual and official capacities;** | ) | |
| **BRIAN KELLY,** | ) | |
| **in his individual and official capacities;** | ) | |
| **THAD SCRONCE,** | ) | |
| **in his individual and official capacities;** | ) | |
| **MIKE HOYLE,** | ) | |
| **in his individual and official capacities;** | ) | |
| **and JOHN DOE SURETY,** | ) | |
| Defendants. | ) | |

1. Pursuant to Fed.R.Civ.P. 26(f), LR 16.1(b) and the Court's May 28, 2026 Notice directing counsel to conduct a Rule 26(f) conference, an initial telephonic conference was held on June 5th, 2026, attended by Christopher Adkins and Christerfer Purkey, counsel for the Plaintiff, and Danielle Kaminski, Patrick Flanagan, and John Wright, counsel for the Defendants. As a result of their communications, the parties offer the instant proposed Discovery Plan as set forth below.

2. Discovery Plan. The parties propose to the Court the following discovery plan:

A. The "commencement date" of discovery will be the date of the entry by the Court of a Discovery Scheduling Order either approving the proposed discovery plan set forth in this Joint Rule 26(f) Report or otherwise establishing a discovery plan in this matter.

B. Discovery will be needed on the following subjects:

- Plaintiff's claims and Defendants' defenses;

- Plaintiff's alleged damages; and

- Other relevant matters as may be determined through the course of discovery.

C. Discovery shall be placed on a case-management track established in LR 26.1. The parties agree that the appropriate plan for this case (with any stipulated modification by the parties as set out below) is that designated in LR 26.1(a) as: Complex.

D. Initial disclosures pursuant to Rule 26(a)(1) shall be completed within thirty (30) days following the entry by the Court of a Discovery Scheduling Order.

E. The date for the completion of all discovery (general and expert)is: December 18, 2026.

F. Interrogatories (including subparts) and Requests for Admission are limited to 25 in number by the Plaintiff to the Defendants, collectively; and 25 in number by the Defendants, collectively, to the Plaintiff.

G. Depositions are limited to ten (10) depositions (including those of any experts) by the Plaintiff and the Defendants, respectively.

H. Stipulated modifications to the case management track include: Except as otherwise proposed herein, none.

I. Reports required by Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) are due during the discovery period:

1) From Plaintiff by September 18, 2026.

2) From Defendants by October 19, 2026.

Supplementations will be as provided in Rule 26(e) or as otherwise ordered by the court.

3. Mediation. Mediation should be conducted late during the discovery period, prior to the close of discovery on December 18, 2026, with the exact date to be set by the mediator after consultation with the parties. The Parties will notify the Court of their selection of a mediator no later than July 15th, 2026.

4. Preliminary Deposition Schedule. Preliminarily, the parties agree to the following schedule for depositions: Depositions of fact witnesses may begin on or by July 15, 2026. Experts will be deposed seasonably following their disclosure. The parties will update this schedule at reasonable intervals.

5. Other items.

A. Plaintiff should be allowed until July 1st, 2026, to request leave to join additional parties or to amend pleadings.

B. Defendants should be allowed until July1st, 2026, to request leave to join additional parties or to amend pleadings.

After these dates, the Court will consider, *inter alia*, whether the granting of leave would delay trial.

C. The parties have discussed special procedures for managing this case, including reference of the case to a Magistrate Judge on consent of the parties under 28 U.S.C. §§636(c), or appointment of a master: The parties agree that no special procedures are required in this case. The parties DO NOT consent to referral of this case to a Magistrate Judge.

D. Trial of the action is expected to take approximately five (5) days. A jury trial <u>has</u> been demanded.

E. The parties have discussed whether the case will involve the possibility of confidential or sealed documents.

__ The parties agreed that no documents in this case will be designated as confidential or filed under seal.

OR

<u> X </u> The case may involve confidential or sealed documents and the parties will separately file a LR 5.5 Report.

F. The basis of federal subject matter jurisdiction is federal question.

Respectfully submitted, this the 22nd day of June 2026.

/s/ C. CHRISTOPHER ADKINS.
C. Christopher Adkins
N.C. State Bar No.: 46950
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Fax: (877) 208-7577

Email:
chris@huntersvillelawyer.com
Counsel for Plaintiff

/s/ John L. Wright

JOHN L. WRIGHT
N.C. State Bar. No. 45554
DANIELLE K. KAMINSKI
N.C. State Bar No. 63679
4201 Congress St., Suite 300
Charlotte, NC 28209
Direct (John): 704-319-5436
Direct (Danielle): 704-731-2040
jwright@hedrickgardner.com
dkaminski@hedrickgardner.com
Attorneys for Defendant Brian

/s/ Patrick H. Flanagan

Patrick H. Flanagan,
NC Bar #17407
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following counsel of record:

/s/ C. CHRISTOPHER ADKINS.
C. Christopher Adkins
N.C. State Bar No.: 46950
Adkins Law, PLLC
9620 Sherrill Estates Road
Huntersville, NC 28078
Telephone: (704) 274-5677
Fax: (877) 208-7577