IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case No.: 5:26-cv-00041 MEO-DCK

| | |
|---|---|
| VICTORIA JOLLY<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DONALD G. BROWN II, in his individual and official capacities as Sheriff of Catawba County, AARON TURK, in his individual and official capacities, BRIAN KELLY, in his individual and official capacities, THAD SCRONCE, in his individual and official capacities, MIKE HOYLE, in his individual and official capacities, and JOHN DOE SURETY,<br><br>Defendants. | **DEFENDANTS SHERIFF DONALD G. BROWN, II, AARON TURK, THAD SCRONCE AND MIKE HOYLE'S RULE 12(C) PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS** |

NOW COME Defendants Sheriff Donald G. Brown, II, Aaron Turk, Thad Scronce, and Mike Hoyle, in their individual and official capacities (collectively, the "Defendants"), by and through undersigned counsel, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, hereby move this Court for entry of Partial Judgment on the Pleadings as to Count I, Count IV, and Count V of Plaintiff's Complaint. The grounds for this Motion are set forth in a Memorandum in Support concurrently filed with this Motion.

This the 7th day of October, 2026.

**CRANFILL SUMNER LLP**

BY: */s/ Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407

*Attorney for Defendants Sheriff Donald G. Brown, III, Aaron Turk, Thad Scronce and Mike Hoyle*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of October, 2026, electronically filed the foregoing **DEFENDANTS SHERIFF DONALD G. BROWN, II, AARON TURK, THAD SCRONCE AND MIKE HOYLE'S RULE 12(C) PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of the Court using the CM/ECF system and by electronic mail addressed to each party as follows:

Christopher Adkins
**Adkins Law, PLLC**
chris@huntersvillelawyer.com
*Attorney for Plaintiff*

Christopher R. Purkey
**Rech Law, P.C.**
cpurkey@rechlaw.com
*Attorney for Plaintiff*

John L. Wright
**Hedrick Gardner Kinchloe & Garofalo, LLP**
jwright@hedrickgardner.com
*Attorney for Defendant Brian Kelly*

**CRANFILL SUMNER LLP**

BY: */s/ Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
*Attorney for Defendants Sheriff Donald G. Brown, III, Aaron Turk, Thad Scronce and Mike Hoyle*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com